1 **DAVID ALLEN (SBN 87193)**
DAVID ALLEN & ASSOCIATES
2 5230 Folsom Boulevard
Sacramento, California 95819
3 (916) 455-4800 Telephone
(916) 451-5687 Facsimile
4
Attorneys for Plaintiff
5 SHERRIE BEALS

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 SHERRIE BEALS,                           )   Case No. 2:08-cv-02116-WBS-KJM
                                           )
12         Plaintiff,                      )
                                           )   **STIPULATION AND** ~~PROPOSED~~
13    v.                                   )   **ORDER TO EXTEND HEARING AND**
                                           )   **FILING DATES**
14 METROPOLITAN LIFE INSURANCE             )
   COMPANY, MERRILL LYNCH, and             )
15 DOES 1 to 100,                          )
                                           )
16         Defendants.                     )
   _____  )

17

18    Plaintiff Sherrie Beals and Defendants Merrill Lynch and Metropolitan Life Insurance

19 Company ("MetLife") by and through their respective attorneys of record, hereby stipulate and agree

20 that:

21 1.   The parties are actively engaged in settlement negotiations.  Plaintiff has made a demand

22      upon defendants, and has had repeated discussions with defense counsel for Merrill Lynch

23      as to resolution of this claim for long term benefits under the self-funded Merrill Lynch

24      Basic Long Term Disability Plan.    To date, Merrill Lynch has been unable to respond, in

25      part due to a reorganization in connection with its acquisition by Bank of America.

26 2.   The parties are reasonably confident this matter will resolve, but not prior to the briefing

27      necessary for the August 11, 2009 motion date.  The parties hereby request a continuance.

28 3.   The parties are available for hearing dates in the first half of October, 2009.

---

1

**STIPULATION TO EXTEND HEARING AND FILING DATES**

4. The briefing schedule set by the court (Motions filed on or before July 7, 2009, Oppositions filed on or before July 21, 2009 and Replies filed on or before July 28, 2009) is requested vacated and reset in accordance with the new hearing date.

DATED: June 24, 2009　　SEDGWICK, DETERT, MORAN & ARNOLD LLP
　　　　　　　　　　　　　CARI COHORN

　　　　　　　　　　　　　*/s/ Cari Cohorn*

　　　　　　　　　　　　　CARI COHORN
　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　Metropolitan Life Insurance Company

DATED: June 17, 2009　　MAYNARD, COOPER & GALE, P.C.
　　　　　　　　　　　　　WILLIAM WAHLHEIM

　　　　　　　　　　　　　*/s/ William Wahlheim*

　　　　　　　　　　　　　WILLIAM WAHLHEIM
　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　Merrill Lynch

DATED: June 12, 2009　　DAVID ALLEN & ASSOCIATES
　　　　　　　　　　　　　DAVID ALLEN

　　　　　　　　　　　　　By: */s/ David Allen*

　　　　　　　　　　　　　DAVID ALLEN
　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　Sherrie Beals

**STIPULATION TO EXTEND HEARING AND FILING DATES**

## ORDER

The parties stipulate and good cause shows judicial economy would be served by vacating the hearing date and briefing schedule set by the court. The hearing date and briefing schedule is reset in accordance with the Local Rules of this court and with the new hearing date of **October 13, 2009 at 2:00 p.m.** The Pretrial Conference is continued to 12/14/2009 at 2:00 p.m.; and the Court Trial is continued to 2/17/2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 25, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION TO EXTEND HEARING AND FILING DATES**