1  MAYNARD, COOPER & GALE, P.C.
   PETER S. FRUIN California Bar No. 151838
2  WILLIAM B. WAHLHEIM, JR. (*pro hac vice*)
   1901 Sixth Avenue North
3  2400 Regions/Harbert Plaza
   Birmingham, AL 35203-2618
4  Telephone:  205.254.1000
   Facsimile:  205.254.1999
5
   Attorneys for Defendant
6  MERRILL LYNCH & CO., INC.

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | SHERRIE BEALS,                          | Case No. 2:08-cv-02116-WBW-KJM
12 |         Plaintiff,                      |
   |                                         | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER**
13 |     v.                                  | **TO EXTEND HEARING AND FILING**
   |                                         | **DATES**
14 | METROPOLITAN LIFE INSURANCE             |
   | COMPANY, MERRILL LYNCH, AND             |
15 | DOES 1 TO 100,                          |
16 |         Defendants.                     |

17

18       Plaintiff Sherrie Beals and Defendants Merrill Lynch and Metropolitan Life Insurance

19 Company ("MetLife") by and through their respective attorneys of record, hereby stipulate and

20 agree that:

21 1.    The parties are actively engaged in settlement negotiations.  Plaintiff's counsel has had

22       repeated discussions with defense counsel for Merrill Lynch as to resolution of this claim

23       for long term disability benefits under the self-funded Merrill Lynch Basic Long Term

24       Disability Plan.  Merrill Lynch's ability to obtain final settlement authority has been

25       complicated  by its reorganization in connection with the acquisition by Bank of

26       America, and Merrill Lynch requires additional time to complete the settlement process.

27       The parties would further request the opportunity to direct their resources at this time to

28

---

**STIPULATION TO EXTEND HEARING
AND FILING DATES**

settlement rather than to the dispositive motion pleadings which are currently due on September 11, 2009.

2. The parties are reasonably confident this matter will resolve, but not prior to the briefing necessary for the September 11, 2009 motion date. The parties hereby request a continuance.

3. The parties are available for hearing dates in November, 2009.

4. The existing briefing schedule set by the court is requested to be vacated and reset in accordance with the new hearing.

DATED:  September 4, 2009                        SEDGWICK, DETERT, MORAN & ARNOLD LLP

*/s/ Cari Cohorn*

CARI COHORN
Attorneys for Defendant
Metropolitan Life Insurance Company

DATED:  September 4, 2009                        MAYNARD, COOPER & GALE, P.C.

*/s/ William B Wahlheim, Jr.*

WILLIAM B. WAHLHEIM, JR.
Attorneys for Defendant
Merrill Lynch & Co., Inc.

DATED:  September 4, 2009                        DAVID ALLEN & ASSOCIATES
DAVID ALLEN

*/s/ David Allen*

DAVID ALLEN
Attorneys for Plaintiff
Sherrie Beals

2

**STIPULATION TO EXTEND HEARING
AND FILING DATES**

# ORDER

The parties stipulate and good cause shows judicial economy would be served by vacating the hearing date and briefing schedule set by the court.  The hearing date and briefing schedule is reset in accordance with the Local Rules of this court and with the new hearing date of **November 9, 2009 at 2:00 p.m.**   The Pretrial Conference date of 12/14/2009 and the Court Trial date of 2/17/2010 shall remain unchanged.

IT IS SO ORDERED.

Dated:  September 4, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE